UNITED STATES BANKRUTPCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

Johnathan J. Thomas

    Debtors,
_____/

Chapter 7
    Case No. 16-48248-MAR
Hon. Mark A. Randon

Titan Insurance Company,

    Plaintiff,

vs.

Johnathan J. Thomans

    Defendant,
_____/

Adv. Proc. No. 16-48248-MAR
Hon. Mark A. Randon

## EXPARTE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Patrick M. O'Reilly of Klimmek & Roose, PLC ("Counsel") files this motion to withdraw as counsel for Defendant. For his motion to withdraw as counsel for defendant states as follows:

1. The above captioned chapter 7 proceeding was filed by Debtor/Defendant on February 26, 2015.

2. On or about September 22, 2016, the Court entered an "Order Approving Application for Pro Bono and Order Appointing Pro Bono Counsel" in the above captioned adversary proceeding. (See Docket No. 11).

3. Counsel is of the opinion that he has or may have a conflict of interest and therefore is unable to represent the Defendant in this matter.

WHEREFORE, Counsel respectfully requests that this Court enter an order Authorizing Counsel to withdraw as counsel for defendant.

Date: October 4, 2016                                   /S/ Patrick M. O'Reilly
                                                       Patrick M. O'Reilly (P70493)
                                                       Klimmek & Roose, PLC
                                                       Attorney for Defendants
                                                       29829 Greenfield Suite 102
                                                       Southfield, MI 48150

UNITED STATES BANKRUTPCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

Johnathan J. Thomas

Chapter 7
Case No. 16-48248-MAR
Hon. Mark A. Randon

Debtors,
_____/

Titan Insurance Company,

Plaintiff,

vs.

Adv. Proc. No. 16-48248-MAR
Hon. Mark A. Randon

Johnathan J. Thomans

Defendant,
_____/

## EXPARTE ORDER AUHTORIZING PATRICK M. O'REILLY OF KLIMMEK & ROOSE, PLC TO WITHDRAW AS COUNSEL FOR DEFENDANT

This matter has come before the court on the ex parte motion of Patrick M. O'Reilly of Klimmek & Roose, PLC to withdraw as counsel for the Defendant. It appears from the motion that there is cause for withdrawal. For these reasons,

**IT IS ORDERED** that the representation of the Defendant by Patrick M. O'Reilly of Klimmek & Roose, PLC is terminated effective this date. The Court will forthwith appoint new pro bono counsel for the Defendant in this matter.