UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Jonathan J. Thomas,　　　　　　　　　　　　　　　Case No. 16-48248-mar
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　Debtor.
_____/

Titan Insurance Company,

　　　　Plaintiff,　　　　　　　　　　　　　　　　Adv. No. 16-04855-mar

　　v.　　　　　　　　　　　　　　　　　　　　　Adversary Proceeding

Jonathan J. Thomas,

　　　　Defendant.
_____/

## ORDER APPOINTING PRO BONO COUNSEL

The application for the appointment of pro bono counsel filed in the above entitled proceeding by Defendant was approved on September 22, 2106, and Patrick O'Reilly was subsequently appointed counsel for the Defendant. On October 5, 2016, this Court entered an order vacating appointment of attorney O'Reilly as pro bono counsel. Consequently, a new pro bono counsel must be appointed. Accordingly,

**IT IS ORDERED** that Martin Fried is assigned as counsel for Defendant through the auspices of the pro bono program.

**Signed on October 05, 2016**

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Mark A. Randon
　　　　　　　　　　　　　　　　　　　　　　　　**Mark A. Randon**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**